UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 15-0730-RGK (KKx) | Date | March 9, 2017 |
|---|---|---|---|
| Title | Property and Casualty Insurance Company of Hartford v. L&S Carpet Cleaning & Painting, Inc. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge |
|---|---|

| Deb Taylor | RS-4 03-09-17 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff/Judgment Creditor: | Attorney Present for Defendant/Judgment Debtor: |
| Randy R. Haj | None |

**Proceedings:**     **ORDER TO SHOW CAUSE**

  Defendant and judgment debtor, Luis Hernandez, L&S Carpet Cleaning & Painting, Inc. is ordered to appear on **May 18, 2017, at 10:00 a.m.** before this Court, located in Courtroom 4, 3rd floor, United States Courthouse, 3470 12th Street, Riverside, California 92501, and show cause why he should not be held in contempt of Court for his failure to attend a judgment debtor examination on March 2, 2017, 10:00 a.m.

  cc:  Luis Hernandez
     L&S Carpet Cleaning & Painting , Inc.
     17262 Ceres Avenue
     Fontana, CA 92335

Initials of Deputy Clerk    dts